IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ERMA J. GALLOWAY, | § | |
| | § | |
| Plantiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-07-1174 |
| | § | |
| MICHAEL ASTRUE, | § | |
| Commissioner of the Social Security | § | |
| Administration, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

Defendant's unopposed motion for remand is granted. This matter is remanded to the Commissioner for further administrative proceedings under sentence six section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

SIGNED on May 13, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge